

MAY 05 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMANDA NOEL, and JOSEPH NOEL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER A.G.; BAYER PHARMA A.G.; BAYER HEALTHCARE, LLC; BAYER ESSURE, INC. f/k/a CONCEPTUS, INC.; and BAYER HEALTHCARE PHARMACEUTIALS, INC.,<br><br>Defendants. | CV 20-27-BLG-SPW<br><br>ORDER |

Plaintiffs Amanda Noel and Joseph Noel move for the admission of Christina E. Mancuso to practice before the Court in the above captioned matter with Ben Snipes of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and defendants do not object.

IT IS SO ORDERED that Plaintiffs Amanda Noel and Joseph Noel's motion to admit Christina E. Mancuso to appear *pro hac vice* (Doc. 8) is GRANTED and

she is authorized to appear as counsel with Ben Snipes pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 5th day of May, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge