IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMANDA NOEL and JOSEPH NOEL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER A.G.; BAYER PHARMA A.G.; BAYER HEALTHCARE LLC; BAYER ESSURE INC. f/k/a CONCEPTUS, INC., and BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>Defendants. | CV 20-27-BLG-SPW<br><br>ORDER |

This matter comes before the Court on the parties' Joint Motion to Vacate Order Setting Preliminary Pretrial Conference and To Stay Discovery (Doc. 14). This motion seeks to defer the preliminary pretrial conference and related tasks, and to stay all discovery deadlines and discovery activities, until the Court rules on the Bayer Defendants' pending Motion to Dismiss for Failure to State a Claim (Doc. 7). For good cause being shown,

IT IS HEREBY ORDERED that the Joint Motion to Vacate Order Setting Preliminary Pretrial Conference and To Stay Discovery is **GRANTED**.

1

IT IS FURTHER ORDERED as follows:

1. The Preliminary Pretrial Conference set for June 9, 2020 at 1:30 p.m. is **VACATED,** along with all other deadlines outlined in the Court's April 21, 2020 Order (Doc. 6).

2. All discovery activity, and all discovery deadlines imposed under the Federal Rules of Civil Procedure, this Court's Local Rules, and any applicable Court Orders are stayed pending the Court's ruling on Bayer's Motion to Dismiss for Failure to State a Claim.

3. In the event this civil action is not dismissed, the parties' lead counsel must confer to consider matters listed in Fed. R. Civ. P. 26(f) within twenty-one days from the date the Court rules on Bayer's Motion to Dismiss for Failure to State a Claim, and shall jointly file with the Court within seven days of that conference a written report outlining the discovery plan formulated.

DATED this 26th day of May, 2020.

SUSAN P. WATTERS
United States District Judge