IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMANDA NOEL, and JOSEPH NOEL,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER A.G.; BAYER PHARMA A.G.; BAYER HEALTHCARE, LLC; BAYER ESSURE, INC. f/k/a CONCEPTUS, INC.; and BAYER HEALTHCARE PHARMACEUTIALS, INC.,<br><br>Defendants. | CV 20-27-BLG-SPW<br><br>ORDER |

Defendants, Bayer Corporation, Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals, Inc., move for the admission of Christopher A. Eiswerth to practice before the Court in the above captioned matter with Lee Mickus of Denver, Colorado designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiffs do not object.

IT IS SO ORDERED that Defendants' Unopposed Motion to admit Christopher A. Eiswerth to appear *pro hac vice* (Doc. 16) is GRANTED and he is

1

authorized to appear as counsel with Lee Mickus pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 3rd day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge