# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| AMANDA NOEL and JOSEPH NOEL, | CV 20-27-BLG-SPW |
| Plaintiffs, | |
| vs. | ORDER |
| BAYER CORPORATION; BAYER PHARMA A.G., BAYER ESSURE INC. f/k/a CONCEPTUS, INC., and BAYER HEALTHCARE PHARMACEUTICALS INC., | |
| Defendants. | |

Upon the parties' Joint Stipulation for Voluntary Dismissal (Doc. 33), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED without prejudice.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of September, 2020.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1